CENTER FOR DISABILITY ACCESS
Candice Clipner, Esq., SBN 215379
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
candicec@potterhandy.com

Attorneys for Plaintiff

GRANTED
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **HLT San Jose LLC;** and Does 1-10, <br><br> Defendants | Case No.: 4:20-cv-08547-YGR <br><br> PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL FRCP 41(a)(1)(A)(i) <br><br><br> Complaint Filed: 12/3/2020 |

PLEASE TAKE NOTICE:

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff voluntarily dismisses without prejudice, his entire action against all parties. Neither an answer nor a motion for summary judgment has been served by the Defendant.

Dated: December 15, 2022                CENTER FOR DISABILITY ACCESS


                                        By: ___*Candice Clipner*___
                                            Candice Clipner
                                            Attorneys for Plaintiff